ORIGINAL

LUNSFORD DOLE PHILLIPS #4407
7 Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813
lunsfordp001@hawaii.rr.com
Telephone: (808) 543-2055
Fax: 543-2010

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 09 2014
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BOWE LANI | ) | CIVIL NO. CV14 00550 ACK KSC |
| | ) | |
| Plaintiff, | ) | COMPLAINT; |
| | ) | JURY DEMAND; |
| vs. | ) | SUMMONS |
| | ) | |
| KAHILI PRODUCTIONS, LLC, | ) | |
| JOSEPH SOUZA, KRISTEN | ) | |
| SOUZA, and DAVID | ) | |
| FINEANGONOFO, | ) | |
| | ) ) | |
| Defendants. | ) | |

**COMPLAINT**

Plaintiff BOWE LANI, through his undersigned counsel, avers and alleges as follows:

<u>JURISDICTION AND VENUE</u>

1. This court has original jurisdiction pursuant to 28 U.S.C. § 1331 through the federal question raised herein, namely the alleged violation of Title I of the

Americans With Disabilities Act of 1990 (hereinafter "ADA"), 42 U.S.C. §§ 12101 et seq., and has pendant jurisdiction over the parallel state law claim.

2. All events material hereto occurred within the District of Hawaii.

3. The plaintiff is a person with a disability, namely a hearing impairment, who was an employee of defendant KAHILI PRODUCTIONS, LLC subjected to unlawful discrimination by the defendants while employed.

4. Defendant KAHILI PRODUCTIONS, LLC dba Kanile'a 'Ukulele, a maker and seller of musical instruments, is a domestic limited liability corporation duly registered with the State of Hawaii. The defendants JOSEPH SOUZA and KRISTEN SOUZA acted at all times material hereto as agents of defendant KAHILI PRODUCTIONS, LLC. Defendant DAVID FINEANGONOFO also acted at all times material hereto as an agent of defendant KAHILI PRODUCTIONS, LLC.

5. The defendants are employers within the ambit of 42 U.S.C. § 12111(5) and H.R.S. § 378-1, being either a person as defined by the applicable statutes engaged in commerce employing more than 15 employees or the agents of such person, that are amenable to suit by any aggrieved person with disability for violation of the ADA Title I and/or Hawaii Revised Statute § 378-2.

6. Plaintiff was browbeaten by the defendants, singly or jointly, about wearing hearing aids, ignoring his repeated explanation that the noise in the fabrication workshop he worked in rendered hearing aids worse than ineffective. Although knowing the plaintiff was trained and experienced in the safe operation of power tools, the defendants, singly or jointly, used the pretence of safety to subject him to adverse employment actions including but not limited to shift changes, job reassignment, lower pay and reduced hours. He was also not provided medical insurance, bonuses, pay raises, and other job benefits for which he qualified.

7. The defendants, singly or jointly, violated the ADA Title I and Hawaii Revised Statute §378-2 by discriminating against the plaintiff in numerous terms, conditions, and privileges of employment on the basis of his disability. The defendants, singly or jointly, denied the plaintiff reasonable accommodations he requested including but not limited to the adoption of policies and practices affording the plaintiff more effective communication. The defendants, singly or jointly, also discriminated against him by harassing and retaliating against him on the basis of his disability creating, facilitating, tolerating, ratifying, and/or perpetuating a hostile working environment that ultimately culminated in the plaintiff's actual or constructive discharge.

8. Plaintiff has exhausted administrative relief, having timely filed a Hawaii Civil Rights Commission charge and now having timely filed this lawsuit.

THEREFORE, THE PLAINTIFF RESPECTFULLY REQUESTS THE COURT if the jury returns a verdict in his favor to enter judgment for the plaintiff and against the defendants on the verdict and order the following relief:

A) Monetary damages in the amount to be shown at trial as provided for in 42 U.S.C.§ 12117(a) and also Hawaii Revised Statute § 368-17 and so awarded by the jury;

B) Payment of plaintiff's litigation costs, including reasonable expert and attorney's fees as found by the court; and

C) Such other relief as the court deems proper, including submitting the issue of punitive damages to the jury if a sufficient basis is shown.

DATED: Honolulu, Hawaii, 12/9/14.

_____
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff